**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    JAMES D BRINSFIELD                    Chapter 13

                Debtor        Bankruptcy No. 17-15704-MDC
                                    Date: 12/7/2017 9:30:00 AM
                                      Time:
                                      Courtroom: #Courtroom #2
                                      900 Market St,
                                      Philadelphia PA 19107

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

      **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).
Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.
Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C Section 521(e)(2).

      The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

      **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                          Respectfully submitted,

                          /s/ William C. Miller

                          _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee
                          P.O. Box 1229
                          Philadelphia, PA 19105
                          Telephone: (215)627-1377